# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2033
_____

JOSEPH NEHEMIAH GORDON JR.,

Appellant,

v.

CHRISHONDRA SABRINA LANAY
DAVIS,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Denise Ferrero, Judge.

September 11, 2020

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

LEWIS, ROBERTS, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Nehemiah Gordon Jr., pro se, Appellant.

Chrishondra Sabrina Lanay Davis, pro se, Appellee.